## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHARLOTTE DAVIS,                                                                          PLAINTIFF
ADC #709662

v.                                  No. 1:10CV00055 JLH/JTK

JONATHAN PICKERING, *et al*.                                   DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE